# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148648

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

ALEX TRAVOLTO THAMES,
   Defendant-Appellant.

SC: 148648
COA: 306313
Ottawa CC: 10-034632-FC

_____/

   On order of the Court, the application for leave to appeal the October 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



d0616

           Clerk